IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

v.                                        No. 13-cv-0979 RHS/SMV

LLEWELLYN WERNER, MARTHA WERNER,
TERSLY INVESTMENTS LTD., and
CITY OF SANTA FE

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed its Complaint on October 8, 2013. [Doc. 1]. Accordingly, Plaintiff had 120 days, or until February 5, 2014, to effect service of process on Defendant Tersly Investments, Ltd. *See* Fed. R. Civ. P. 4(m). However, there is no indication on the record that service of process has been effected with respect to Defendant Tersly.[1]

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why its claims against Defendant Tersly Investments, Ltd., should not be dismissed without prejudice for lack of service. Plaintiff shall file its response no later than **March 18, 2014**.

**IT IS SO ORDERED.**

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**

---

[1] Defendant City of Santa Fe filed its Answer on November 21, 2013, [Doc. 3]. Responsive pleadings were due by January 15, 2014, from the Werner Defendants. [Doc. 4]. However, none has been filed.