IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**

    **Plaintiff,**

**v.**                                                                **No. 13-cv-0979 SCY/SMV**

**LLEWELLYN WERNER, MARTHA WERNER,**
**TERSLY INVESTMENTS LTD., and**
**CITY OF SANTA FE**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs have failed to take any steps to prosecute their claims against Defendants Llewellyn Werner and Martha Werner for more than 90 days. Responsive pleadings were due by January 15, 2014, from the Werner Defendants. [Doc. 4]. However, no pleadings have been filed. Accordingly, Plaintiffs must show good cause within 30 days why their claims against Defendants Llewellyn Werner and Martha Werner should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiffs show cause no later than **August 11, 2014**, why their claims against Defendants Llewellyn Werner and Martha Werner should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED.**

                                                                    _____
                                                                     **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**