IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

v.                                                                                      No. 13-cv-0979 SCY/SMV

LLEWELLYN WERNER, MARTHA WERNER,
TERSLY INVESTMENTS LTD., and
CITY OF SANTA FE

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   September 18, 2014, at 9:30 a.m.

**Matter to be heard**:  status of case

    A telephonic status conference is hereby set for **September 18, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.