# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**

      **Plaintiff,**

**v.**                                                       **No. 13-cv-0979 WJ/SMV**

**LLEWELLYN WERNER, MARTHA WERNER,**
**TERSLY INVESTMENTS LTD., and**
**CITY OF SANTA FE**

      **Defendants,[1]**

**and**

**TERSLY INVESTMENTS LTD.**

      **Cross-claimant,**

**v.**

**LLEWELLYN WERNER and MARTHA WERNER,**

      **Cross-defendants.**

## <u>ORDER</u>

THIS MATTER is before the Court on the Motion to Extend Time to [Respond to Cross-Claimant Tersly Investment]'s Motion for Entry of Default Judgment [Doc. 30], filed on November 25, 2014.  Because the motion is unopposed, the Court will grant an extension of time until December 5, 2014, for Llewellyn Werner and Martha Werner to respond to Tersly's Motion for Default Judgment [Doc. 29].

---

[1] Plaintiff's claims against Defendants Llewellyn Werner and Martha Werner were voluntarily dismissed with prejudice on November 6, 2014, pursuant to a settlement agreement.  [Doc. 28].

The motion was signed by pro se cross-defendant Llewellyn Werner but purportedly filed on behalf of pro se cross-defendant Martha Werner as well.  Of course, Llewellyn Werner may not submit or sign filings on behalf of Martha Werner because pro se litigants may not represent other pro se litigants in federal court.  *See* Fed. R. Civ. P. 11(a); *Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000).  **In the future, any filing purportedly submitted on behalf of Martha Werner must contain <u>her signature</u>.  Likewise, any filing purportedly submitted on behalf of Llewellyn Werner must contain <u>his signature</u>.  Neither Mr. Werner nor Ms. Werner may sign filings on each other's behalf.**

Because the Court sees no prejudice to any party in granting the extension of time as to both Llewellyn Werner and Martha Werner, and in the interest of economy for all involved, the Court will extend both Llewellyn Werner's and Martha Werner's deadlines to respond to December 5, 2014.  However, in the future, relief will not be granted to a pro se party who has not **signed** the motion requesting it.

**IT IS THEREFORE ORDERED** that the Motion to Extend Time to [Respond to Cross-Claimant Tersly Investment]'s Motion for Entry of Default Judgment [Doc. 30] is **GRANTED**.  The deadline for cross-defendants Llewellyn Werner and Martha Werner to respond to Tersly's Motion for Default Judgment [Doc. 29] is extended to **December 5, 2014**.

**IT IS SO ORDERED.**

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**